**FEDERAL PUBLIC DEFENDER**
Suite 107, U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: (612) 664-5858
Fax: (612) 664-5850

DANIEL M. SCOTT
Federal Public Defender

SCOTT F. TILSEN
First Assistant Defender

TIM W. TREBIL
MIKE KAULFUSS
Investigators

JULIE M. PETTIT
Paralegal

Assistant Federal Defenders
ANDREW H. MOHRING
ANDREA K. GEORGE
VIRGINIA G. VILLA
KATHERINE MENENDEZ
MANNY K. ATWAL
LYONEL NORRIS

April 1, 2005

Honorable John R. Tunheim
United States District Judge
Suite 13E, U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RE: United States v. Abdel-Ilah Elmardoudi
Criminal Number 01-52 (JRT/SRN)

Dear Judge Tunheim:

I was appointed to represent Mr. Elmardoudi in the above case on February 7, 2001. Mr. Elmardoudi allegedly fled the jurisdiction on April 19, 2001. Mr. Elmardoudi's case in our office was kept open for a short time and was ultimately closed.

Mr. Elmardoudi was rearrested some time later and faced federal charges in Michigan in a separate, although related, matter. The Michigan charges have since been dropped. He must now resolve the pending case here, as well as possible charges in Iowa.

The United States Attorneys Offices in Minnesota, Iowa and Michigan are working with Mr. Elmardoudi and his counsel (myself and an attorney in Michigan) to resolve the case with a possible "global" plea. Toward that end, I would like to reopen his case and resume my formal representation of him. I have enclosed a proposed Order for the Court's use in appointing me, once again, to handle Mr. Elmardoudi's case.

I appreciate the Court's attention to this matter. I am available to answer any questions you may have.

Sincerely,

*s/Katherine Menendez*
Katherine M. Menendez
Assistant Federal Defender

Enclosure

cc: AUSA Bill Koch