UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**UNITED STATES OF AMERICA**,

Plaintiff,

v.

**ABDEL-ILAH ELMARDOUDI**,

Defendant.

Criminal No. 01-52 JRT/SRN

**ORDER FOR APPOINTMENT OF COUNSEL**

---

William H. Koch, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Minneapolis, MN 55415, counsel for Plaintiff.

Katherine M. Menendez, Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER**, 300 South Fourth Street, Minneapolis, MN 55415, counsel for Defendant.

---

The Court has determined that the defendant in the above matter is financially unable to employ counsel.

**IT IS HEREBY ORDERED** that the Office of the Federal Public Defender be appointed to represent him.

Dated: April 4, 2005
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge