# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# ARRAIGNMENT MINUTES

UNITED STATES OF AMERICA,
Plaintiff,
v.

Abdel-Ilah Elmardoudi,

Defendants.

## COURT MINUTES - CRIMINAL
BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

Case No: CR-01-52 JRT/SRN
Date: February 13, 2006
Court Reporter: None
Tape Number: 514
Time Commenced: 3:10 p.m.
Time Concluded: 3:15 p.m.
Time in Court: 5 Minutes

## APPEARANCES:

Plaintiff: William H. Koch, Assistant U.S. Attorney
Defendant: Katherine Menendez ☒ FPD ☐ CJA ☐ Retained ☐ Appointed

Interpreter / Language: n/a- English

**True Name if different from charging instrument:**
☐ **Parties ordered to file stipulation or proposed order for name change**
☐ **Clerk of Court is directed to change the name to:**

☒ Reading of Indictment Waived ☐ Indictment Read into Record ☒ Not Guilty Plea Entered

Disclosure Due Date: **2-21-06**

Motion Filing Date: **2-28-06** Response Date: **3-07-06**

Motion Hearing Date: **3-13-06 at 11:00 a.m., Courtroom 9E** Before: Magistrate Judge Susan Richard Nelson

Voir Dire/Jury Instruction Due Date: **4-03-06**

Status Conference Date: n/a Before: n/a

Trial Date: **4-10-06 at 9:30 a.m**. Before: The Honorable John R. Tunheim

Other Remarks:

☐ Counsel to be notified of additional dates by separate Order to be issued.

s/ Beverly Riches
Signature of Judicial Assistant