**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**Abdel-Ilah Elmardoudi,**

**Defendant.**

**Criminal No. 01-52 JRT/SRN**

**O R D E R**

---

The Defendant appeared for arraignment on February 13, 2006. William A. Koch, Assistant U.S. Attorney, appeared on behalf of Plaintiff United States of America; Katherine Menendez, Assistant Federal Public Defender, appeared on behalf of Defendant.

The Defendant waived the reading of the Indictment and Superseding Indictment and entered a plea of not guilty to Counts 1 - 4.

The Government shall make disclosure of all Rule 16 material on or before February 21, 2006. Motions shall be filed on or before February 28, 2006. The Government's response to Defendant's pretrial motions shall be filed on or before March 7, 2006. Oral argument on these motions will be heard before United States Magistrate Judge Susan Richard Nelson in Courtroom 9E, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota on March 13, 2006 at 11:00 a.m. If Defendant's pleadings show that an evidentiary hearing is required, it will be held at the same time and place.

Voir Dire and Jury Instructions shall be filed with U.S. District Court Judge John R. Tunheim's Clerk by April 3, 2006. Trial will commence before Judge Tunheim on April 10, 2006, at 9:30 a.m.

DATED: February 13, 2006

s/ Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge