UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-52 JRT/SRN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABDEL-ILAH ELMARDOUDI,<br><br>Defendant. | MOTION TO WITHDRAW AND FOR SUBSTITUTION OF APPOINTED COUNSEL |

Abdel Ilah Elmardoudi, through his undersigned counsel, moves the Court to permit counsel, Katherine Menendez, of the Federal Defender, to withdraw from his case and further petitions the Court to appoint substitute counsel pursuant to the Criminal Justice Act. This substitution is necessary because Ms. Menendez is a fact witness in litigation surrounding whether Mr. Elmardoudi's speedy trial rights have been violated by excessive pretrial delay in this case. It is impossible for Ms. Menendez to fully litigate the issues surrounding the speedy trial claim because she has a conflict of interest due to her own involvement in the cause and justification for the delay. For this reason, Ms. Menendez and Mr. Elmardoudi jointly petition the Court to allow her to withdraw from the case and to appoint substitute counsel.

Dated: February 28, 2006

Respectfully submitted,

***s/ Katherine M. Menendez***

KATHERINE M. MENENDEZ
Attorney ID No. 278014
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415