# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

**CERTIFICATE OF SERVICE OF MOTION DOCUMENTS AND PROPOSED ORDER**

v.

ABDEL-ILAH ELMARDOUDI,
Defendant.

Criminal No: 01-52 JRT/SRN

I hereby certify that on February 28, 2006, I caused the following document(s):

1. Motion to Withdraw and for Substitution of Appointed Counsel;

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

William H. Koch, AUSA

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Abdel-Ilah Elmardoudi

I further certify that I caused the proposed order to be filed with the court via e-mail to the judicial officer hearing the motion:

Honorable Susan Richard Nelson

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

William H. Koch
Assistant U.S. Attorney
SERVED VIA E-MAIL

Abdel-Ilah Elmardoudi

SERVED VIA U.S. MAIL

Dated: February 28, 2006

***s/ Katherine M. Menendez***
KATHERINE M. MENENDEZ
Attorney ID No. 278014
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415