UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-52 (JRT/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | DEFENDANT'S PRETRIAL MOTION |
| v. | ) | FOR CHANGE IN CUSTODY |
| | ) | CONDITIONS |
| ABDEL-ILAH ELMARDOUDI, | ) | |
| | ) | |
| Defendant. | ) | |

Abdel Ilah Elmardoudi, through his undersigned counsel, moves the Court to Order the United States Marshal to hold him pending trial in this matter in less severe conditions than he currently suffers. Mr. Elmardoudi is currently being held in the Administrative Segregation Unit at Oak Park Heights prison. According to staff at the facility, there is no more secure setting in that entire maximum security facility. Mr. Elmardoudi remains in his cell for roughly 23 hours a day, with time out for solitary recreation. He has no contact with other inmates whatsoever, no access to the law library, limited access to the phone and no other privileges. He eats alone in his cell, has recreation alone in a segregated cell, and has very minimal contact with any person.

These conditions are in contrast to those he experiences while detained at FCI Milan during some recent months. There, although he was in a "special cell" and treated more securely than some inmates, he nonetheless had recreation, meals and other time in

full contact with other inmates. He also had much better access to the law library and the phone.

The United States Marshal has fully explained to counsel for Mr. Elmardoudi its decision to keep Mr. Elmardoudi at Oak Park Heights in full segregation and maximum security. It appears that part of the rationale for doing so is the existence of terrorism charges in Mr. Elmardoudi's case. The Marshal expresses concern for his own security should other inmates learn of these charges as well as concern for protecting the public.

Mr. Elmardoudi respectfully disagrees that his custody level here is proper. All terrorism charges were dropped more than a year ago in Michigan and none are pending or ever expected. Moreover, Mr. Elmardoudi experienced no threats or attacks even when in a more general population at Milan despite the fact that terrorism charges did exist at that time.

Mr. Elmardoudi also respectfully disagrees that his alleged crime of walking away from the halfway house in 2001 justifies such extreme conditions of detention. Many other persons who have similarly walked away from custody are nonetheless held in county jails while awaiting trial on "escape" charges.

In sum, Mr. Elmardoudi respectfully prays that the Court Order the government to hold him under less extreme conditions during the pendency of this case.

Dated: February 28, 2006

Respectfully submitted,

***s/ Katherine M. Menendez***

______________________________________

KATHERINE M. MENENDEZ
Attorney ID No. 278014
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415