UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-52 (JRT/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S PRETRIAL MOTION TO DISMISS FOR VIOLATION OF DOUBLE JEOPARDY CLAUSE OF THE UNITED STATES CONSTITUTION |
| | ) | |
| v. | ) | |
| | ) | |
| ABDEL-ILAH ELMARDOUDI, | ) | |
| | ) | |
| Defendant. | ) | |

Abdel-Ilah Elmardoudi, through his undersigned counsel, moves the Court to dismiss his case on the ground that his current prosecution violates the Double Jeopardy Clause of the United States Constitution. Specifically, Mr. Elmardoudi argues that he was tried, convicted, mistried and ultimately had charges against him dismissed in Michigan on the same conduct which forms the basis for the currently pending case in Minnesota. Mr. Elmardoudi specifically argues that the financial crimes of which he is currently accused formed the essential basis of the terrorism case in Michigan and that the dismissal of the case there should preclude continuing in the Minnesota prosecution.

The Fifth Amendment to the Constitution's Double Jeopardy Clause protects criminal defendants from retrial for the same offense after acquittal. The Supreme Court has extended such protection to cases where government misconduct results in a mistrial. <u>See</u> <u>Oregon v. Kennedy</u>, 102 S. Ct. 2083 (1982). Double jeopardy also prevents retrial

after a dismissal sought by the government. See e.g., Smalis v. PA, 476 U.S. 140. 145 (1986).

In this case, Mr. Elmardoudi alleges that the entire Michigan trial was predicated on proof of the crimes alleged in the Minnesota indictment. When those charges were dismissed for prosecutorial misconduct, jeopardy attached and he should not now be retried for the same offenses.

This motion is based on the files and materials already known to the undersigned as well as on additional material which may be revealed at a hearing on this matter.

Dated: February 28, 2006

Respectfully submitted,

***s/ Katherine M. Menendez***

KATHERINE M. MENENDEZ
Attorney ID No. 278014
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415