UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-52 (JRT/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABDEL-ILAH ELMARDOUDI,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | DEFENDANT'S PRETRIAL MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS AND ADDITIONAL SUPPORT FOR CURRENT MOTIONS |

Abdel Ilah Elmardoudi, through his undersigned counsel, moves the Court for leave to supplement his current pretrial motions within reason should the need arise. Specifically, new counsel is currently being appointed to represent Mr. Elmardoudi, and that counsel may feel it necessary to file additional motions or to augment the motions already filed. Mr. Elmardoudi respectfully prays that such counsel be permitted to supplement these filings if required.

Dated: February 28, 2006

Respectfully submitted,

***s/ Katherine M. Menendez***

KATHERINE M. MENENDEZ
Attorney ID No. 278014
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415