# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

ABDEL-ILAH ELMARDOUDI,
Defendant.

**CERTIFICATE OF SERVICE**

Criminal No: 01-52 JRT/SRN

I hereby certify that on February 28, 2006, I caused the following document(s):

1. Defendant's Pretrial Motion for Change in Custody Conditions;
2. Defendant's Pretrial Motion to Dismiss Indictment for Violation of Speedy Trial Act and United States Constitution;
3. Defendant's Pretrial Motion to Dismiss for Violation of Double Jeopardy Clause of United States Constitution; and
4. Defendant's Pretrial Motion for Leave to File Additional Motions and Additional Support for Current Motions

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

William H. Koch
Assistant U.S. Attorney

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Abdel-Ilah Elmardoudi

Dated: February 28, 2006

*s/ Katherine M. Menendez*
KATHERINE M. MENENDEZ
Attorney ID No. 278014
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415