**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**Abdel-Ilah Elmardoudi,**

**Defendant.**

**Criminal No. 01-52 JRT/SRN**

**O R D E R**

---

Counsel for defendant has requested a continuance of the motion hearing date in this matter and has advised the Court that the government does not object to a continuance. The Court grants defendant's request. Oral argument on defendant's criminal motions will now be heard before United States Magistrate Judge Susan Richard Nelson in Courtroom 8E, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota on April 10, 2006 at 3:30 p.m. The Government's response to Defendant's pretrial motions shall be filed on or before April 5, 2006. If Defendant's pleadings show that an evidentiary hearing is required, it will be held at the same time and place.

Voir Dire and Jury Instructions shall be filed with U.S. District Court Judge John R. Tunheim's Clerk by May 8, 2006. Trial will commence before Judge Tunheim on May 15, 2006, at 9:30 a.m.

DATED: March 21, 2006

s/ Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge