UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 01-52 (JRT/SRN)

-----------------------------------------
United States of America,

Plaintiff,

vs.

DEFENDANT'S CALCULATION OF NON-EXCLUDABLE TIME

Abdel-Ilah Elmardoudi,

Defendant.

------------------------------------------

| TIME PERIOD | EXPLANATION | DAYS |
|---|---|---|
| 4/4/01 – 4/19/01 | Arraignment to flight | 15 |
| 9/2/04 - 9/21/04 | Preliminary settlement discussions | 19 |
| 11/1/04 – 7/26/05 | Suspension of settlement discussions due to Government inactivity | 268 |
| 10/15/05 – 2/28/06 | Rejection of plea agreement, return to Minnesota, to filing of motions | 137 |
| TOTAL NON-EXCLUDABLE TIME | | 439 |

Dated: April 7, 2006

s/ Douglas B. Altman
Attorney for Defendant
901 North Third Street
Suite 140
Minneapolis, MN 55401
(612) 335-3700
Attorney Reg. No. 13854X