# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL MOTION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Abdel-Ilah Elmardoudi,
Defendant.

**COURT MINUTES**
BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CR-01-52 JRT/SRN |
| Date: | April 10, 2006 |
| Court Reporter: | Dawn Hansen |
| Tape Number: | 528A-528B |
| Time Commenced: | 3:30 p.m. |
| Time Concluded: | 5:20 p.m. |
| Time in Court: | 1 Hour 50 Minutes |

APPEARANCES:

Plaintiff: William H. Koch, Assistant U.S. Attorney
Defendant(s): Douglas Altman for Abdel-Ilah Elmardoudi ☐ FPD ☒ CJA ☐ Retained

Interpreter / Language: n/a

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**Def's Criminal Motions [Doc. Nos. 43 thru 46].** Hearing is continued to a date in the future to be determined. Defendant Elmardoudi represented to this Court that a change in the trial date is acceptable and that any delay caused by the continuation of this hearing and consequent delay in the trial date will not be challenged as non-excludable time under the Speedy Trial Act. Def's Criminal Motion [Doc. No. 42] is denied as moot.

Deft(s) addtl briefs due: Govt's addl briefs due:

Motions taken under advisement as of:

☐ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel ☐ Bond continued ☐ Remanded into custody of USM

s/Marilyn Conklin
Signature of Law Clerk