Criminal motions hearing 4-10-06

AO 187 (Rev. 7/87) Exhibit and Witness List

RECEIVED
MN APR 11 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

United States — DISTRICT OF

EXHIBIT AND WITNESS LIST

v.

Abdel-Ilah Elmardoudi

CASE NUMBER: 01-CR-52 JRT/SRN

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| | | | | | For Government: Sean McCaffrey |
| | | | | | For Defense: Defendant |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 4-10-06 | ✓ | ✓ | Govt Ex. 1: Letter of 11-30-05 from |
| | | | | | Def. to his Michigan counsel, |
| | | | | | Bill Swor |
| | | | | | |
| | 1 | 4-10-06 | ✓ | ✓ | Defense Ex 1: Affidavit of Douglas B. |
| | | | | | Altman, with attached exhibits |

SCANNED
APR 11 2006
U.S. DISTRICT COURT MPLS

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.