**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**United States of America,**

**Plaintiff,**

**v.**

**Abel-Ilah Elmardoudi**

**Defendant**.

**Criminal No. 01-CR-52 (JRT/SRN)**

**ORDER**

Douglas B. Altman, Esq., counsel for Defendant, and William H. Koch, counsel for the Government, have agreed to a continuance of the trial date in this matter. The Court finds that the ends of justice are served by the granting of the continuance and outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Voir Dire and Jury Instructions shall be filed with Judge John R. Tunheim's calendar clerk on or before May 26, 2006. Trial will commence before Judge Tunheim on June 5, 2006, at 9:30 a.m.

**IT IS HEREBY ORDERED** that any period of delay is excluded from the calculation of time under the Speedy Trial Act.

Dated: April 11, 2006

s/Susan Richard Nelson
SUSAN RICHARD NELSON
U.S. Magistrate Judge