UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-52 (JRT/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S MOTION FOR |
| v. | ) | CONTINUANCE OF TRIAL DATE |
| | ) | |
| ABDEL-ILAH ELMARDOUDI, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through its attorneys, Rachel K. Paulose, United States Attorney for the District of Minnesota, and William H. Koch, Assistant United States Attorney, respectfully requests the Court to continue the trial date until July 10, 2006. The trial is currently scheduled to begin June 5, 2006.

The United States had its witnesses subpoenaed for the earlier May 15, 2006, trial date. On April 10, with the stipulation of the defendant and waiver of any speedy trial objection, that trial date was changed to June 5 upon the continuation of the defendant's pre-trial motions regarding speedy trial, double jeopardy, and change in pretrial conditions. Upon receipt of the new trial date, the Government immediately contacted its witnesses to inform them of the new trial date. Several witnesses are unable to attend trial at that time due to pre-existing commitments such as a wedding/honeymoon, and pre-existing (and pre-ticketed) trips – some of which are out of the country. The Government then promptly notified the defense of these conflicts, and asked if the defense would agree to a continuation of the June 5 trial date. On April 24, 2007, below-signed counsel received an April 21 letter from defense counsel declining to agree to the continuation.

The United States asks this Court to enter the attached proposed Order continuing the trial to July 10 and – pursuant to Title 18, United States Code, Sections 3161(h)(3)(A) and (h)(8)(A) –

excluding these days from speedy trial computations since essential witnesses are unavailable and because the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: April 24, 2006

Respectfully submitted,

RACHEL K. PAULOSE
United States Attorney

s/ William H. Koch
BY: WILLIAM H. KOCH
Assistant U.S. Attorney
Attorney ID No. 22523X

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-52 (JRT/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ABDEL-ILAH ELMARDOUDI,<br>Defendant. | ) | ORDER |

This matter is before the Court upon the motion of the United States for a continuance of the June 5, 2006 trial date pursuant to Title 18, United States Code, Section 3161(h)(3)(A) and (h)(8)(A).

Based on the Government's motion, the Court finds the ends of justice served by the requested continuance outweigh the best interest of the public and the defendant in a speedy trial for the reasons set forth in the Government's motion, to include the unavailability of essential witnesses.

IT IS HEREBY ORDERED that the motion of the United States for a continuance of the trial date is granted. Trial is hereby scheduled for July 10, 2006.

Dated: _____________, 2006

_________________________________
John R. Tunheim
United States District Court Judge