# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: 01-52 (JRT/SRN)

ABDEL-ILAH ELMARDOUDI,

Defendant.

I hereby certify that on April 24, 2006, I served, or caused to be served, the following documents:

1. **Government's Motion for Continuance of Trial Date**
2. **Order**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

**Douglas B. Altman, Esq.**

I certify, further, that I served, or caused to be served the above-listed documents to non-ECF participants by mailing a copy to the person hereinafter named, at the place and address stated below, which is the last known address:

**N/A**

RACHEL K. PAULOSE
United States Attorney

s/William H. Koch

BY: WILLIAM H. KOCH
Assistant U.S. Attorney