# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL MOTION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Abdel-Ilah Elmardoudi,
Defendant.

**COURT MINUTES**
BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CR-01-52 JRT/SRN |
| Date: | April 26, 2006 |
| Court Reporter: | Lori Simpson |
| Tape Number: | 530-31 |
| Time Commenced: | 2:00 p.m. |
| Time Concluded: | 3:05 p.m. |
| Time in Court: | 1 Hour 5 Minutes |

APPEARANCES:

Plaintiff: William H. Koch, Assistant U.S. Attorney
Defendant(s): Douglas Altman for Abdel-Ilah Elmardoudi ☐ FPD ☒ CJA ☐ Retained

Interpreter / Language: n/a

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**Def's Criminal Motions [Doc. Nos. 43 thru 46].**

Deft(s) addtl briefs due: May 5, 2006 Govt's addl briefs due: May 17, 2006

Motions taken under advisement as of: May 17, 2006

☐ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☒ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel ☐ Bond continued ☐ Remanded into custody of USM

s/ MJC
Signature of Law Clerk