Continuation of crim. Mot. hearing 4-26-06

AO 187 (Rev. 7/87) Exhibit and Witness List

RECEIVED
APR 27 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

United States DISTRICT OF MN

EXHIBIT AND WITNESS LIST

v.

Abdel-Ilah Elmardoudi

CASE NUMBER: 0$-CR-52 JRT/SRN

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Govt Exhibits |
| 3 | | 4-26-06 | ✓ | ✓ | Ex 3: Affidavit of Cheryl |
| | | | | | Wertenberger |
| 4 | | 4-26-06 | ✓ | ✓ | Ex 4: Affidavit of Katherine |
| | | | | | Menendez, with attachment |
| | | | | | |
| | | | | | Defense Exhibits |
| 2 | | 4-26-06 | ✓ | ✓ | Def. Ex. 2: Affidavits of inmates |
| | | | | | at FDC Milan |
| 3 | | 4-26-06 | ✓ | ✓ | Def. Ex 3: Incident Report |
| 4 | | 4-26-06 | ✓ | ✓ | Def. Ex 4: MN Dept. of Corrections |
| | | | | | Kite form |
| 5 | | 4-26-06 | ✓ | ✓ | Def. Ex 5: Letter of 6-6-05 from |
| | | | | | Def. to J. Tunheim |
| | | | | | Def. Ex 5: Letter of Fall 2005 from |
| | | | | | Def. to Judge. |
| | | | | | |
| | | | | | Witnesses: |
| | | | | | • Defendant |
| | | | | | |
| | | | | | |
| | | | | | |

SCANNED
APR 27 2006
U.S. DISTRICT COURT

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.