UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 01-52 (JRT/SRN)

--------------------------------------------
United States of America,

Plaintiff,

vs. CERTIFICATE OF SERVICE

Abdel-Ilah Elmardoudi,

Defendant.
---------------------------------------------

I hereby certify that on May 5, 2006, I caused the Defendant's Memorandum in Support of Change of Custody to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

William H. Koch
Assistant U.S. Attorney
Suite 600, U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Dated: May 5, 2006

s/Douglas B. Altman
Attorney's Name Typed: Douglas B. Altman
Attorney ID No.: 13854X
Attorney for Defendant