UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 01-52 (JRT/SRN)

-------------------------------
United States of America,

Plaintiff,

vs.

Abdel-Ilah Elmardoudi,

Defendant.
-------------------------------

MOTION FOR EXTENSION OF TIME TO RESPOND TO REPORT & RECOMMENDATION

Pursuant to D.Minn. LR 72.2(b) and Rule 47 of the Federal Rules of Criminal Procedure, defendant Abdel-Ilah Elmardoudi, by his counsel, Douglas B. Altman, respectfully requests an extension of time from June 16, 2006 to June 20, 2006 to prepare written objections to the Report & Recommendation (Report). In support of this motion, Mr. Elmardoudi asserts the following:

1. The Report was filed under seal on June 1, 2006, and directed that any objections be filed by June 16, 2006.

2. According to the Clerk's office, when a pleading is filed under seal, it is not accessible electronically and is mailed to defense counsel.

3. Counsel received the Report by mail on the afternoon of June 5, 2006.

4. Given the length of the Report (47 pages) and its application of case law to the speedy trial motion that was not argued by the Government and not anticipated by the defense, counsel respectfully requests the full 15-day time period for objections to June 20, 2006.

5. The United States has no objection to this extension, which constitutes excludable time under the Speedy Trial Act.

Accordingly, on behalf of Mr. Elmardoudi, counsel respectfully requests an extension of time from June 16, 2006 to June 20, 2006 to prepare written objections to the Report & Recommendation filed June 1, 2006.

Dated: June 6, 2006

s/ Douglas B. Altman
Douglas B. Altman
Attorney for Defendant
901 North Third Street
Suite 140
Minneapolis, MN 55401
(612) 335-3700
Attorney Reg. No. 13854X