**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

ABDEL-ILAH ELMARDOUDI,

Defendant.

Criminal No. 01-52 (JRT/SRN)

**ORDER**

---

William H. Koch, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, for plaintiff.

Douglas B. Altman, **ALTMAN & IZEK**, 901 North Third Street, Suite 140, Minneapolis, MN 55401, for defendant.

This matter came before the Court on Defendant's Motion for Extension of Time to Respond to Report & Recommendation [Docket No. 74]. The Court, having considered the motion and being duly advised in its premises, **GRANTS** the motion and orders that any defense objections to the Report and Recommendation be filed on or before June 20, 2006. Pursuant to Local Rule 72.2(b), the prosecution shall respond to the defense objections within 10 days after being served with a copy.

DATED: June 8, 2006
at Minneapolis, Minnesota.

s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge