UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

ABEL-ILAH ELMARDOUDI,

Defendant.

Criminal No. 01-52 (JRT/SRN)

**ORDER FOR CONTINUANCE OF JURY TRIAL**

---

William H. Koch, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, for plaintiff.

Douglas B. Altman, **ALTMAN & IZEK**, 901 North Third Street, Suite 140, Minneapolis, MN 55401, for defendant.

This matter is before the Court upon the motion of the Government for continuance of the trial date. Defendant opposes the continuance. The Court finds the ends of justice served by the requested continuance outweigh the best interest of the public and the defendant in a speedy trial for the reasons set forth in the Government's motion, to include the unavailability of essential witnesses, and will grant a continuance of the trial date.

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED,** that:

1) The Government's motion for a continuance of the trial date [Docket No. 61] is **GRANTED**;

2) Trial of this case is continued to July 10, 2006, at 9:30 a.m.;

3) Voir dire and jury instructions shall be filed on July 3, 2006;

4) The time from the date of this order to the date of trial begins shall be excluded in computing the time within which the trial in this matter must commence under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A). The ends of justice will be served by continuing the trial date. This finding is based upon the Court's conclusion that the failure to grant such a continuance would unreasonably deny the parties a right to a fair and just hearing.

DATED: June 13, 2006
at Minneapolis, Minnesota.

s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge