UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 01-52 (JRT/SRN)

---

United States of America,

Plaintiff,

vs.

ORDER

Abdel-Ilah Elmardoudi,

Defendant.

---

This matter came before the Court on Defendant's Motion to Seal Defendant's Objections to Report & Recommendation. The Court, having considered the motion and being duly advised in the premises, grants the Motion and directs the Clerk to file under seal the Motion to Seal Defendant's Objections to Report & Recommendation and Defendant's Objections to Report & Recommendation.

Dated: June 23, 2006

John R. Tunheim
United States District Court

SCANNED
JUN 23 2006
U.S. DISTRICT COURT MPLS