**UNITED STATES DISTRCT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v. CRIMINAL 01-52 JRT/SRN

Abdel-Ilah Elmardoudi

Defendant.

---

United States of America,

Plaintiff,

v. CRIMINAL 06-262 PAM/SRN

Abdel-Ilah Elmardoudi

Defendant.

---

**ORDER OF DIRECTION TO THE CLERK OF COURT**
**FOR REASSIGNMENT OF RELATED CASE**

---

Case No. 01-52 JRT/SRN having been assigned to Judge John R. Tunheim and Case No. 06-262 PAM/SRN having later been assigned, per indictment of defendant, to Judge Paul A. Magnuson, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 06-262 be assigned to Judge John R. Tunheim and Magistrate Judge Susan R. Nelson, nunc pro tunc, by use of a card on the Criminal List of the automated case assignment system.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: August 23, 2006

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

Dated: August 24, 2006.

s/Paul A. Magnuson
PAUL A. MAGNUSON
United States District Judge