UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 01-52 (JRT/SRN)

------------------------------------------
United States of America,

Plaintiff,

vs.

Abdel-Ilah Elmardoudi,

Defendant.
-------------------------------------------

MOTION TO REVIEW SEALED DOCKET ENTRIES

Defendant Abdel –Ilah Elmardoudi, by his court – appointed counsel, Douglas B. Altman, respectfully moves the Court for permission for his counsel to review sealed docket entries in this case in order to prepare a joint motion to supplement the record in the appeal of United States v. Abdel – Ilah Elmardoudi, Criminal No. 06-262 (JRT/SRN).

Dated: October 27, 2006

s/ Douglas B. Altman
Attorney for Defendant
901 North Third Street
Suite 140
Minneapolis, MN 55401
(612) 335-3700
Attorney Reg. No. 13854X