**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

Abdel-Ilah Elmardoudi,

Defendant.

Criminal No. 01-52 (JRT/SRN)

**ORDER**

William H. Koch, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, for plaintiff.

Douglas B. Altman, **ALTMAN & IZEK**, 901 North Third Street, Suite 140, Minneapolis, MN 55401, for defendant.

This matter came before the Court on Defendant's Motion to Review Sealed Docket Entries [Docket No. 87]. Plaintiff's counsel does not object to the motion.

Based on the foregoing and all of the records, files, and proceedings herein, **IT IS HEREBY ORDERED** that the defendant's motion is **GRANTED** and orders that defense counsel and the United States Attorney may review the sealed docket in this case to assist in the preparation of a joint motion to supplement the record in the appeal of United States v. Abdel – Ilah Elmardoudi, Criminal No. 06-262.

DATED: October 30, 2006
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge