RECEIVED
BY MAIL
JUL 2008
CLERK US DIST COURT
MINNEAPOLIS MN

**IN THE UNITED STATES DISTRICT COURT FOR**
**MINNEAPOLIS MINNESOTA**

| | | |
|---|---|---|
| **ABDEL-ILAH ELMARDOUDI,** Petitioner, | ) | |
| **VS.** | ) | **Case No.** 01-52 JRT / 06-262 JRT |
| **UNITED STATE OF AMERICA,** Respondent. | ) | |

**MOTION FOR TRIAL TRANSCRIPT COPY OF DOCKET SHEET, AND SENTENCING TRANSCRIPT WITH ALL MOTIONS FILED WITH THE COURT**

**COMES NOW, ABDEL-ILAH ELMARDOUDI,** respectfully files to the court Pro-Se, pursuant to **28 U.S.C. §735(f),** which provides the following; **(f),** "Each reporter may charge and collect fees for transcripts required by the parties, including the United States, at rates prescribed by the court subject to the approval of the judicial conference. He shall not charge a fee for any copy of a transcript delievered to the clerk for records of court. Fee for transcripts furnished in criminal proceedings to persons proceeding under the Criminal Justice Act (18 U.S.C. §3006A). Fees for transcripts furnished in other proceedings to persons permitted to appeal in forma pauperis shall also be paid by the United States if the trial judge or circuit judge certifies that the appeal is not frivolous (but presents a substantial question)."

SCANNED
JUL 14 2008
U.S. DISTRICT COURT ST. PAUL

The reporter may require any party requesting transcript to prepay the estimated fee in advance except as to the transcript the are to be paid for by the United States.

Petitioner ElMardoudi, Pro-se, litigant hereby respectfully moves this court's jurisdiction pursuant to 28 U.S.C. §753(f), of Federal Rules of Procedure, and for good cause, ElMardoudi seeks the court aid and assistance in obtaining the above requested docket sheets, plea transcript, sentencing transcript and all motions filed before this court. Petitioner is indigent at this time before the court. Petitioner has zero source of income in the U.S. Bureau of Prisons. Petitioner moves to bring an non frivolous collateral appeal in U.S. District Court, but cannot do so without the aid and assistance of the requested information herein. All this information is solely in the interest of justice before this court.

WHEREFORE, petitioner ElMardoudi, respectfully request the court to grant the foregoing motion for the stated reason set forth herein.

Respectfully submitted,