**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury as delineated in title **28 U.S.C. §1746,** that the foregoing is true and correct to the best of my knowledge and that a copy of this document has been provided to the adverse parties by U.S. mail first class postage prepaid, and deposited in this institution's legal mailbox;

Monday day of 07 2008.

CLERK'S OFFICE OF U.S. DISTRICT COURT
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

UNITED STATES ATTORNEY'S OFFICE
Assistant U.S. Attorney
Thomas B. Heffelfinger
300 South 4th Street
600 U.S. Courthouse
Minneapolis, Minnesota 55415

Mr. Abdel-Ilatt ElMardoudi
P.O. Box 1000
Leavenworth, Kansas 66048
United States Penitentiary

Ref # 09799-041



SCANNED
JUL 14 2008
U.S. DISTRICT COURT ST. PAUL